IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN WILLIAMS, :<br>　　　　　　　　　　　　　　　:<br>　　　　　　Plaintiff, :<br>　　　　　　　　　　　　　　　:<br>　　v. 　　　　　　　　　　　　:<br>　　　　　　　　　　　　　　　:<br>PENNSYLVANIA DEPARTMENT OF :<br>CORRECTIONS and QUEHANNA, :<br>　　　　　　　　　　　　　　　:<br>　　　　　　Defendants. : | Civil Action No. 2:22-cv-00394 |

**DEFENDANTS' DESIGNATION OF DISCOVERY EXCERPTS**

Pursuant to the Court's January 19, 2022 Pretrial Order (ECF 98), Defendants Pennsylvania Department of Corrections and Quehanna, (collectively "Corrections Defendants") by and through their undersigned counsel, designated the following discovery excerpts to be offered at trial:

It is anticipated that all parties who have been deposed will be available to testify at trial; accordingly, the Corrections Defendants reserve the right to use their respective deposition testimony for impeachment and rebuttal evidence as appropriate.

WHEREFORE, the Corrections Defendants respectfully request that the Court accept the foregoing as the Corrections Defendants' Designation of Discovery Excerpts in this case.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　JOSH SHAPIRO
　　　　　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　　　　　　　s/ Sarah J. Simkin
Office of Attorney General　　　　　　　　Sarah J. Simkin
Litigation Section　　　　　　　　　　　　Deputy Attorney General
1521 Waterfront Place　　　　　　　　　　Attorney I.D. No. 320646
Mezzanine Level
Pittsburgh, PA 15222　　　　　　　　　　Justin A. Gayle
Phone: (412) 565-3586　　　　　　　　　　Deputy Attorney General
Date: April 15, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN WILLIAMS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PENNSYLVANIA DEPARTMENT OF<br>CORRECTIONS and QUEHANNA,<br><br>　　　　　　　Defendants. | :<br>:　Civil Action No. 2:22-cv-00394<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within *Corrections Defendant's Designation of Discovery Excerpts was* served upon all parties of record via ECF.

　　　　　　　　　　　　　　　　　　/s/ Sarah J. Simkin
　　　　　　　　　　　　　　　　　　SARAH J. SIMKIN
　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　Litigation Section


OFFICE OF ATTORNEY GENERAL
Western District
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222


April 15, 2022

2